THOMAS FRANCIS, JR. v. CHEVRON U.S.A., INC. v.
CREOLE PRODUCTION SERVICES, INC., ET AL.

October 22, 1984.

Petition for certification denied.

WILLINGBORO BOARD OF EDUCATION v. EMPLOYEES
ASSOCIATION OF WILLINGBORO SCHOOLS.

October 22, 1984.

Petition for certification denied.

PEOPLE EXPRESS AIRLINES, INC. v. CONSOLIDATED
RAIL CORPORATION.

October 22, 1984.

Petition for certification granted.   (See 194 *N.J.Super.* 349)